E-filing

**FILED**
SEP 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

HUNG HA,

                Plaintiff,

vs.

KENNETH MARK BURR, et al

                Defendant.

CASE NO. C07-04699 CW

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, HUNG HA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ✓ (NO REGULAR, FORMAL JOB)

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: DAY LABOR IN INFORMAL LABOR MARKET - ABOUT $1400 AVERAGED OUT OVER 12 MONTHS

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____     - 1 -

Hung Hats

1  wages per month which you received.
2  July 9, 2001. LAST DAY AT BERKELEY BOWL MARKET. 2020 OREGON ST.
3  BERKELEY, CA 94703.
4  DAY LABORER IN INFORMAL LABOR MARKET; $80 to $110 FOR A FULL DAY
5  2.  Have you received, within the past twelve (12) months, any money from any of the following
6  sources:
7       a.   Business, Profession or                         Yes ___ No ✓
8            self employment
9       b.   Income from stocks, bonds,                      Yes ___ No ✓
10           or royalties?
11      c.   Rent payments?                                  Yes ___ No ✓
12      d.   Pensions, annuities, or                         Yes ___ No ✓
13           life insurance payments?
14      e.   Federal or State welfare payments,              Yes ___ No ✓
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____
21 3.   Are you married?                                     Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ ___N/A___
27      b.   List the persons other than your spouse who are dependent upon you for support and
28           indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 2 -

HUNG Ha's

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?          Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ✓ No ___ Amount: $ ONE.

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ___

Two Bycicles _____

8.   What are your monthly expenses?

Rent: $ 400 _____ Utilities: -0-

Food: $ 0 to $20 VARIES Clothing: -0-

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| B of A CREDIT CARD | $ "DEFAULT" | $ 11,500 + |
| WaMu CREDIT CARD | $ ABOUT 60 | $ 3,200 |
|  | $ | $ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

UCB   $500 + int
EDUCATIONAL DEBTS (GSL, NDSL, UCB Registration fee.
$70,000 plus

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 3 -

Hung Ha's

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

BUT SEE Ha v. Burr et al, C 04-4464 SI, (SF Fed Court) (There are Related Cases, which are Based on Different Primary Rights.) Ha v. Ross et al, 2002074172 (Alameda, California); Ha v. Harrison, 2002077103

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Sept 12, 2007
DATE

[signature]
SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS, Case No._____      - 4 -