**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA,<br><br>      Plaintiff,<br><br>  v.<br><br>KENNETH MARK BURR, et al.,<br><br>      Defendants.<br>_____ | No. 07-4699 CW |
| HUNG HA,<br><br>      Plaintiff,<br><br>  v.<br><br>KENNETH MARK BURR, et al.,<br><br>      Defendants.<br>_____/ | No. 04-4464 SI<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case to District Judge Susan Illston to consider whether it is related to <u>Ha v. Burr, et al.</u>, case number 04-4464 SI.  Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

      10/29/07
Dated _____                *Claudia Wilken*
                                                  _____
                                                  CLAUDIA WILKEN
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

  v.

KENNETH MARK BURR et al,

    Defendant.

Case Number: CV07-04699 CW
CV04-04464 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Ha
P.O. Box 367
Berkeley, CA 94701-0367

Dated: October 29, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2