Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: jamesha@planet-save.com
Date: Nov. 3, 2007

FILED

2007 NOV -5 PM 3: 27

RICH....
CLERK, ...... ....ING
NORTHERN ........ ..... COURT
........ DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT

IN AND FOR THE DISTRICT OF NORTHERN  CALIFORNIA

HUNG HA, et al,
        Plaintiffs/Petitioners

        vs.

KENNETH MARK BURR, et al,
        Defendants/respondents

SUPERIOR COURT OF CALIFORNIA IN AND FOR ALAMEDA COUNTY
U.S. DEPARTMENT OF EDUCATION
BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
        Respondents

Case no.: C07-04699 CW

Title of  document:   RE Court's Order to Relate Burr I and Burr II

Date:  Nov. 3, 2007

1                          Discission

2     People v. Ha, 166802 (Alameda 2001) and Ha v. Rhoden, et al,

3     2002066008 (Alameda 2002) were different sides of the same coin;

4     an event dated March 4, 2001, located on the second floor in Dwinelle

5     Hall on UB Berkeley, at about 6:45 p.m. to 7:00 p.m. Those two cases

6     are different: where People v. Ha is a criminal case, Ha v. Rhoden

7     is a civil action.

8          Judge Burr was the case management judge in Ha v. Rhoden.

9     He was one of the three appellate judges in the appellate department

10    of the same superior court in and forAlameda County where I filed (on

11    Sept. 24, 2002) Ha v. Rhoden. I appealed P. v. Ha to said department.

12         Ha v. Burr I, was filed after Judge Burr caused on Oct. 24, 2003

13    Superior Court of Alameda County  to dismiss with prejudice Ha v. Rhoden.

14    In so doing, Judge Burr was strictly, if excessively, following

15    the rules adopted by the Judicial Council of California.

16         Ha v. Burr II, has been filed after Judge Burr had caused the

17    same Superior Court of Alameda to dismiss on Nov. 20, 2006, my appeal

18    in People v. Ha, 4529 (app. Dept.).  In so doing, Judge Burr was

19    treading outside the scope of the rules adopted by the same Judicial

20    Council of California.

21         "If the complaint alleges violation of a different primary

22    right, it states a different cause of action". Witkin's CIVIL PROCEDURE,

23    4th ed. Pleading, sec.26, at p.88.  A cause of action consists of

24    plaintiff's primary right and defendant's corresponding duty within

25    a factual context in which defendant's breach of said duty proximately

26    causes harms to plaintiff.  Id., s.24, p.85.

27         Therefore, Burr I and Burr II state different causes of action,

28         In addition, Burr I was prematurely dismissed without prejudice.
      Respectfully submitted by Hung Ha, plaintiff in pro per on Nov. 3, 2007

                              p.