Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: jamesha@planet-save.com
Date: Nov. 16, 2007

original

FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA, et al,
    Plaintiffs/Petitioners

vs.

KENNETH MARK BURR, et al,
    Defendants/respondents

SUPERIOR COURT OF CALIFORNIA IN AND FOR ALAMEDA COUNTY
U.S. DEPARTMENT OF EDUCATION
BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
    Respondents

Case no.: C07-04699 CW

Title of document: Request that Initial Order Setting Pace of Case be Reconsidered and postponed by Three Months

Date: Nov. 16, 2007

Respectfully submitted

*[signature: Hung Ha]*

### Notice

1  Defendants/respondents and respondents have not been served with a
2  notice of this action because the Court has not yet acquired personal
3  jurisdiction over them, where plaintiff's complaint/petition has not
4  yet been served with summonses on them.
5      In addition, omission of service of this application does not
6  prejudice defendants/respondents and respondents.
7      Thus, no notice is given to them.

### Nature of Application

9      Plaintiff/petition Hung Ha respectfully submit this
10  application for the purpose of setting the initial Order which sets
11  initial case management conference and ADR deadlines further down the
12  road (e.g., three months). Filed on Sept. 12, 2007, this complaint
13  is set currently for case management for Dec. 12, 2007, so this
14  application is hoped to have that period star running on Dec. 12, 2007
15  or from Dec. 19, 2007. Please note that the first of the deadlines
16  will be Nov. 27, 2007 for meeting and discussion RE certain prelimianry
17  matters, and for filing joint ADR Certification or Notice of Need for
18  ADR Telephone conference, and that deadline is 10 days from today,
19  Nov. 16, Friday.

### Timeliness of this application

21  Local Rule ___ requires that application for modifying any deadline be
22  filed no fewer than ten days prior to the deadline sought to be
23  modified. Here, the first deadline falls on Nov. 27, 2007, which is
24  ten days from today, which is, thus, the last day to file a timely
25  request that deadline be modified.
26
### Reasons for this Application

27
                            five
28      For the following reasons, I respectfully request that the Court start

---

APPLICATION FOR ORDER TO RESET SCHEDULE      p. 1 of 5

Ha v. Burr, et al, C07-04699 CW

1   the fast-track program running at a later time, such as Dec. 13, 19, or
2   perhaps 28, 2007.
3       (1)  paramount importance of drafting a pleading
4       Although I had started studying American Law long ago (at
5   least 19 years), it is only in the recent months when I have realized
6   the difficulty in drafting a pleading from Plaintiff's perspective.
7   I had been preoccupied with the difficulty of learning to write.
8   I had concentrated on the task of overcoming difficulty in writing;
9   I had overlooked the difficulty in drafting a pleading.  Filed on
10  Dec. 2, 2002, Ha v. Ross, et al, 2002074172 (Alameda) reflects my
11  negligence.  So does my complaint of Ha v. Harrison, et al, 2002077102
12  (Alameda), filed on Dec. 27, 2002.  Shown on attachment to paragarph 10
13  in those two pleadings of mine, weaknesses paved way for enormous trouble
14  (to me) to follow. (To access records, please go to co.alameda.ca.us/courts.)
15      Drafting a compliant can be difficult although it can be easy
16  too.  The  task of drafting a complaint can be
17  very difficult for litigators of a law firm, and for me,
18  it is even more difficult.  I am a layman with a law degree and a
19  license to practice law.  Like any other pro se layment, I have
20  only myself to rely on, without assistance from a practicing
21  lawyer or law firm.  An allegory helps make the point.  IN an allegory,
22  a number of blind persons are groping parts of an element (enormous),
23  and each is saying about what the animal is.  The point is, of course,
24  that unless they could open their yes and see, they would never know what
25  the Elephant really is.  I am like groping the difficulty of drafting
26  a plaintiff's complaint. I probably will never get to see what this animal
27  really looks.  Besides, I earn my living as a laborer.
28      Thus, it is important that the Court slows down the action for me to
    revise my complaint.

P2
APPLICATIN FOR ORDER TO RESET SCHEDULE

(2) difficulty of complaint

For the following reasons, it is difficult for me to draft this complaint.

(a) long period

This complaint covers events which have been occurring in a long period of time, which began on March 6, 2001 on which People v. Hung Ha, 166802 (Alameda 2001) was filed by District Attorney's Office of Berkeley.

This action, Ha v. McGuiness et al, is an effort or part of the final effort to bring and end to the matters which began on March 4, 2001 Sunday between about 6:45 p.m. and 7:00 p.m. in Dwinelle Hall of UC-Berkeley. These matters revolved about violent felonies occurring at afroesaid time and place and white-collar crimes covering up for frmer.

(b) paper trail

According to the Legal Schlar, white collar crimes typically involve vluminous documents. One needs to scrutinize them to figure out the shpae of suspected white collar crimes.

That is about what is happening to me in this action. For me, the documents involved are volmuminous, although from a law firm's perspective or the court's perspective, these papers are relatively small in quantity and easy to understand.

From March 6, 2001 to the present and possibly beyond withinthe time frame of this action, I have and will have acculuated a lot of court records, pertaining to the aforesaid twyp types of crimes.

I need time to think through these papers, revising accordingly my complaint filed on Sept. 12,2007 before serving the first amended complaint.

(c) difficulty/complexity of law

The law is complex. The problem to me is aggravated by my unfamilarity

1  with federal law, and that personal problem is aggravated by my

2  stupidity.

3  As to my stupidity, I am not smart enough to go to law school

4  or to practice law. In a course taught at NYU School of Law by the

5  Chief Judge of DC Circuit, the Honorable Leona Higginbotham, Jr.,

6  I got an F, which was revised upward to be D, for the course.

7  My employemnt history as a lawyer reflects similarly what others think

8  about me; never employed since I left NUY School of Law. That is an F.

9  As to complexity of law, I have just recently begun studying federal

10 law, at a snail's pace. Unfortunately, in addition, I don't have

11 the kind of law library which a litigation law firm must have, although

12 I am lucky enough to be living in Berkeley, where I can go to

13 Boalt Hall Law Library.

14 American law is designed by genius. It is awesome. (See, e.g.,

15 C.J.S. That is incredible product of brain.) It is, in other words,

16 difficult.

17

18 (3)  Ha v. McGuiness  (7/23/07)

19 I am in the process of revising my complaint of Ha v. McGuiness,

20 C07-037777 SBA. I am probably 1/3rd way through, due date being

21 Nov. 23, 2007. I figure that I need three months in which to concentrate

22 fully on revising that aforesaid complaint.

23 So I need to put aside Ha v. Burr II for a little while.

24 Thus, it is very important that the Court slows down.

25 (4)  time to revise Ha v. Burr II

26 I guess that I would need roughly three months in which to concerntrate

27 revising my complaint that was initially filed on Sept. 12, 07. I

28 have not yet started the revision except that there is overlapping between
Ha v. Burr II and Ha v. McGuiness.

P 4
APPLICATION FOR ORDER TO RESET SCHEDULE

(5) <u>two state court cases</u>

Time is running out in Ha v. Ross, et al, and Ha v. Harrison, et al, which were filed in 2002, about five years ago. Cases must be disposed of in five years under CCP s.___. They are not yet disposed of as of this time, in what one might call 'my "opinion". I have filed some papers in the recent days in Ha v. Ross, for example.

Similarly, I need to file a petition to the U.S. Supreme Court in Ha v. Ross, et al, A117819 (1st DCA of California) as soon as possible.

These cases probably would have an impact on my federal court cases, depending on outcomes.of further developemnet.

Conclusion

In conclusion, I respectfully request that the court slow down, for me to revise my initial complaint filed on Sept. 12. I have seen often people playing speed chess, but I am unable to playat all.

Respectfully submitted

*/s/ Hung Ha*
Hung Ha
plaintiff/petitioner in pro per

---