Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: jamesha@planet-save.com
Date: Dec. 7, 2007; Friday

FILED
2007 DEC -7 AM 11: 46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

---

HUNG HA, et al,
    Plaintiffs/Petitioners

vs.

KENNETH MARK BURR, et al,
    Defendants/respondents

SUPERIOR COURT OF CALIFORNIA IN AND FOR ALAMEDA COUNTY
U.S. DEPARTMENT OF EDUCATION
BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
    Respondents

---

Case no.: C07-04699 CW

Title of document: Plaintiff's Request for Continuance of Case Management Conference

Date: Dec. 7, 2007

_[signature]_ Hung Ha, pro per plaintiff

Statement of Facts

This complaint was filed on Sept. 12, 2007, and along with it, an application for leave to proceed in forma pauperis.

A standanding Order was issued on Sept. 12, 2007, setting the Initial Case Management Conference for Dec. 18, 2007.

On Oct. 29, 2007, a judicial referral was made to determine the relatedness of two Ha v. Burr actions.

I timely filed a response on Nov. 5, 2007, stating that these aforesaid actions are based on different primary rights.

On Nov. 6, 2007, Clerk served Notice: "The court has reviewed the motion and determined that no cases are related and no reassignments shall occur".

ONNov. 16, 2007, I submitted my "Request that Initial Order Setting Pace of Case be Reconsidered and Postponed by Three Months".

At the present, tendays prior to Dec. 18, I submit this request.

Request

I respectfully request that the initial case management be continued from Dec. 18,2007 by, perhaps three months.

Reasons

Please see the discussion of my previous request, submitted on Nov. 16. It is applicable in support of the present request, although new facts have occurred.

new facts

(a)  Ha v. McGuiness    I submitted a revised version of complaint on Nov. 26, Monday. It needs further revision. I have not had time to do the second revision (I hope to begin ASAP .

REQUEST FOR CONTINUANCE   P. 2

Ha v. Burr, et al,

### (b) two state court cases

After submitting my revised complaint/petition in Ha v. McGuiness on Nov. 26, I picked up or try to pick up where I had left off in handling Ha v. Ross, et al, 2000274172 (Alameda) and Ha v. Harrison, et al, 2002077102 (Alameda). For Ha v. Ross, et al, the last date of five year period expired on Dec. 3 (Monday), and I had managed to do something by that date. As to Ha v. Harrison, five year period will expire by Dec. 26, 2007. So I have been trying to do what I can, under difficult circumstances, to bring the case to a conclusion. (See, e.g., my letter to Clerk of court filed/received on Nov. 20 and Dec. 4, in Ha v. Harrison.)

### omission

My previous request dated Nov. 16 did not address my personal problems; that was an inadvertent omission.

Unfortunate, my personal problems seriously impairs my ability to function. I am not a young man who just started a college career, but a middle aged person whose health and body have taken a heavy beating. I have dental problems, eye problems. I don't have medical or dental insurance. Since March 4, 2001, these years have been a continuing ordeal, which exhausts me; it is only with lucky breaks that I escape total or disasterous destruction.(e.g. I had the good luck of getting to know a person who let me have a space to work). I have only very little money, which I earn by doing day labor in an informal labor market. I constantly worry about my money problems.

### Conclusion

Under the circumstances, the paramount importance of submitting and serving a well drafted pleading/complaint is such that the pace of litigation be slowed down.                Respectfully submitted

p. 2

REQUEST FOR CONTINUANCE

Hung Ha