**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,                                                      No. C 07-04699 SI

        Plaintiff,                                       **JUDGMENT**

  v.

KENNETH MARK BURR, et al.,

        Defendants.
                                         /

    Plaintiff's action has been dismissed without leave to amend for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 19, 2007

                                                            SUSAN ILLSTON
                                                            United States District Judge