**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

        Plaintiff,

  v.

KENNETH MARK BURR, et al.,

        Defendants.

                                         /

No. C 07-04699 SI

**ORDER DENYING MOTION TO SET ASIDE ORDER OF DISMISSAL**

Now before the Court is plaintiff's motion to set aside the Court's December 19, 2007 Order dismissing plaintiff's complaint. For the reasons stated in that prior order, plaintiff's complaint fails to state a claim upon which relief can be granted and is frivolous. The dismissal of plaintiff's complaint was therefore proper, and the Court DENIES plaintiff's motion to set aside its order of dismissal [Docket No. 12]. In addition, plaintiff argues that the Court did not dispose of the entire action. Plaintiff is incorrect; the Court's prior order dismissed his complaint in its entirety, including any claims for equitable relief, and the case is now closed. <u>No further motions for reconsideration will be considered</u>.

**IT IS SO ORDERED.**

Dated: January 29, 2008

                                                      SUSAN ILLSTON
                                                      United States District Judge