Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: jamesha@planet-save.com
Date: Jan. 22, 2008, Tuesday

**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND~~ SF

UNITED STATES DISTRICT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA, et al,
   Plaintiffs/Petitioners

vs.

KENNETH MARK BURR, et al,
   Defendants/respondents

SUPERIOR COURT OF CALIFORNIA IN AND FOR ALAMEDA COUNTY
U.S. DEPARTMENT OF EDUCATION
BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
   Respondents

Case no.: C07-04699 ~~CW~~ SI

Title of document:   letter to court RE appeal

Date: Jan. 22, 2008

Please be informed that I intend to appeal the following:

1) reassignment order
2) judgment of dismissal
3), if any, order denying motion to vacate or modify and
    dispose rest of the action with respect to several
    equitable actions.

Please be informed that I am waiting for the court to rule on my motion to vacate, so that I will file notice of appeal. I have not received an order on my motion to vacate dismissal order or judgment of dismissal.

respectfully submitted

Hung Ha
pro per

p.s. Time is not too late for me to come to SF today to file this paper. So I mail it by certified mail; its tracking number is
7006 3450 0002 1355 3879