Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: jamesha@planet-save.com

1  
2  Date:

3  UNITED STATES DISTRICT

4  IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

5  

6  HUNG HA, et al,
7      Plaintiffs/Petitioners

8  vs.

9  KENNETH MARK BURR, et al,
    Defendants/respondents

10

11  SUPERIOR COURT OF CALIFORNIA IN AND FOR ALAMEDA COUNTY
U.S. DEPARTMENT OF EDUCATION
12  BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
13      Respondents

14  Case no.: C07-04699 SI

15  Title of document: application for leave to file motion for reconsideration of prior order denying prior motion to vacate dismissal
16  Date:

17  Feb. 19, 2008

18
19
20  [signature]
21
22
23
24
25  RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.
26  2008 FEB 19  P 4: 31
27  RECEIVED
28

1         Application for leave to submit motion to reconsider
2    I respectfully apply to the Court for leave to submit motion for
3    reconsideration of my prio rmotion to vacate void dismissal judgment,
4    for the following reasons.
5      Whether it will be granted ror denied depends on discretion of Judge.
6      1. I have read more cases on the subject about Rooker-feldman
7    doctinre since order was issued on Jan. 29, 2008 denying my motion
8    to vacate. I am unfamiliar with this subject, so I am learning about
9    it as I go along.  In the past 15 days or so, I have increased quite
10   a bit my knowledge of federal law on the subject.  Learning along
11   the way, I conclude that I was initially correct where I was
12   saying in my prior moiton that the Rooker-Feladman doctrine does not
13   bar this case, and I suspect that the Doctinre" is not as solid as
14   it first appeared to a layman's perception. In one category of federal
15   claim cases, the doctirne probably is sound--federal appellants
16   come into federal court when they are supposed to puruse appeals through
17   state courts to , if they so desire, U.S. Supreme Court.  Other than
18   that category, the Doctinre appears to be on shaky ground.  On one
19   extreme, the Doctrine appears to be unconvincing; one would note
20   Justice Stevens' dissent in Feldman.
21
22     2. I am submitting a volume of exhibits, in support of the
23   initial pleading, in connection with Rooker Feldman doctrine. (I
24   declare under pently of perjury that the exhiibts are true and correct
25   copies of the original or the true and correct copies thereof, and my
26   corrects of reporter's transcripts are true and correct as to all
27   material correction.)
28   appeal  I respectfully request matters be adjudicated early for NOA to be filed.
     I apologize for the deficiencies in the above discussion.

2/19/08