**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

February 26, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-04699 SI**

**CASE TITLE: Ha-v-Burr**

USCA Case Number:

Dear Sir/Madam:

      Enclosed is the NOTICE OF APPEAL in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      /s/

      by: Yumiko Saito
      Case Systems Administrator

cc: Counsel of Record