UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAR 04 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Hung Ha,<br><br>        Plaintiff - Appellant<br><br>v.<br><br>Kenneth Mark Burr; Marie Mayupao; Thomas Orloff; Allison Danzig; Andrew Ross; Richard Keller; Brenda F. Harbin-Forte; Winton McKibben, Judge; Thomas Reardon; Frank Roesch; James A. Richman; Jo-Lynne Q. Lee; William E McGuiness; . Stein; . Swager; . Margulies; . Marchiano; Mark Rhoden; Jason Collom; Sean Aranas; Alex Yao; Jeffrey Blair; Richard E. Winnie; Victoria Harrison; Maureen M. Duffy; Andrea S. Carlise; Steven Craig Wolan; Patton Wolan & Boxer; Patton Wolan & Carlise LLP; Robert L. Gaumer; Amy W Lo; Tyler B. Pon; Bill Lockyer; Alameda County; Regents of the University of California; Bank of America; Superior Court of California County of Alameda; US Department of Education; US Department of Justice,<br><br>        Defendants - Appellees | No.  08-15431<br>D.C. No.  3:07-CV-04699-SI<br><br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Thu., June 19, 2008**      Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:
Molly Dwyer
Acting Clerk of Court

RT
Ruben Talavera
Deputy Clerk