**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   HUNG HA,                                        No. C 07-04699 SI

9              Plaintiff,                           **ORDER DENYING PLAINTIFF'S**
                                                    **APPLICATION TO PROCEED AT**
10    v.                                            **PLAINTIFF'S OWN EXPENSE**

11  KENNETH BURR, et al.,

12             Defendants.
                                        /
13

14

15       Plaintiff Hung Ha has filed a motion requesting that the Court permit him to resume his lawsuit

16  after paying the $350 filing fee.  The Court previously granted plaintiff's request to proceed *in forma*

17  *pauperis* but dismissed his complaint without leave to amend.  After plaintiff moved to set aside the

18  order of dismissal, the Court reaffirmed that plaintiff's complaint had been dismissed and explained that

19  no further motions for reconsideration would be entertained.  Plaintiff now asks that the Court permit

20  plaintiff to proceed with his lawsuit because plaintiff plans to pay the filing fee.  The Court declines to

21  do so for three reasons.  First, as stated in the January 29, 2008 Order, the Court will not consider any

22  further motions for reconsideration, and plaintiff's motion essentially asks the Court to reconsider its

23  dismissal of his complaint.  Second, plaintiff has appealed the dismissal of his complaint to the Ninth

24  Circuit, largely divesting this Court of jurisdiction over his case.  *See Stein v. Wood*, 127 F.3d 1187,

25  1189 (9th Cir. 1997) ("As a general rule, the filing of a notice of appeal divests a district court of

26  jurisdiction over those aspects of the case involved in the appeal."); *see also Mayweathers v. Newland*,

27  258 F.3d 930, 935 (9th Cir. 2001).  Finally, the Court notes that it has already found that plaintiff's

28  complaint "fails to state a claim upon which relief can be granted and is frivolous," December 19, 2007

1   Order at 3, and thus does not see how it would make any difference whether defendant were to pay his

2   filing fee now or continue to proceed *in forma pauperis*.  For these reasons, plaintiff's motion is

3   DENIED.

4

5        **IT IS SO ORDERED.**

6

7   Dated: June 26, 2008                                     _____

8                                                            SUSAN ILLSTON
                                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28