IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | No. C 07-04699 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE ORDER** |
| v. | |
| KENNETH MARK BURR, et al., | |
| Defendants. | |

Plaintiff Hung Ha has filed a motion asking the Court to set aside its last order, which denied plaintiff's motion to proceed at his own expense. *See* June 26, 2008 Order, Docket No. 21. For the reasons stated in the prior order, the Court continues to believe that plaintiff's motion to proceed at his own expense was properly denied. Therefore, the Court DENIES plaintiff's motion to set aside the June 26, 2008 Order.

**IT IS SO ORDERED.**

Dated: July 16, 2008

SUSAN ILLSTON
United States District Judge