T.#: 7007 1490 0002 5197 5414

Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
USA
E-mail address: seasprout9@yahoo.com

Date: July 24, 2008; Thur.

Original
FILED
08 JUL 25 AM 11:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA, et al,
    Plaintiffs/Petitioners

vs.

KENNETH MARK BURR, et al,
    Defendants/respondents

SUPERIOR COURT OF CALIFORNIA
U.S. DEPARTMENT OF EDUCATION
BANK OF AMERICA
U.S. DEPARTMENT OF JUSTICE.
    Respondents

Case no: C07-04699 SI

AMENDMENT TO NOTICE OF APPEAL; AMENDMENT TO DESIGNATION OF RECORD ON APPEAL (NO REPORTER'S TRANSCRIPT

(PROOF OF SERVICE NOT REQUIRED)

TO THE ATTENTION OF CLERK OF COURT:

I, Plaintiff in pro per, amend my original notice of appeal (submitted on / about Feb. 26, 2008, and amend also previous/original designation of record on appeal in the following manner:

Amendment to Notice of Appeal

(With all the due respect to the Honorable S. Illiston) I amend my original notice of appeal by appealing the following items (orders);
    (i) Order issued/filed on June 26, 2008 (mailed/postmarked June 27) which purportedly denies my motion for order changing my status from in forma pauperis to paid status in prosecuting this action, titled above. (The aforesaid motion of mine was submitted and filed on June 6, 2008.)

    (ii) Order issued/filed on July 17, 2008 denying my aforesaid motion to pay filing fee and proceed at my own expenses in prosecuting this action.

Amendment to original designation of record on appeal
For purpose of appealing the above orders, please include (1) my motion to pay filing fee and proceed at my own expenses, filed on Jun 6 2008; (ii) order issued on Jun 26, 2008 denying the aforesaid motion; (iii) my motion to set aside aforesaid order (filed on Jun 26) and the volume of exhibits submitted on/about Jun 6, 2008 in support of motion(s); (iv) order filed on July 17, 2008 denying my aforesaid motion to set aside order of Jun 26, 2008.
(Reasons: reasons for appeal are largely stated in my motion to set aside,7/7/08.) Consider also High Court's mandate: a plaintiff is entitled to fair and impartial adjudication in the first instance (i.., in trial court), 1st Amend, and the test of appearance of justice.

Hung Ha