**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                       415.522.2000

July 25, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-04699 SI</u>**

**CASE TITLE: <u>Ha-v-Burr</u>**

USCA Case Number: 08-15431

Dear Sir/Madam:

      Enclosed is the AMENDEMT TO NOTICE OF APPEAL  in the above captioned case.

Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk
/s/

by:  <u>Yumiko Saito</u>
Case Systems Administrator

cc:  Counsel of Record