UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 25, 2008

**CASE INFORMATION:**
Short Case Title:  <u>Ha</u>-v- <u>Burr</u>
Court of Appeals No. (leave blank if a unassigned 08-15431
U.S. District Court, Division & Judge Name: NDCA, San Francisco Division, Judge Susan Illston
Criminal and/or Civil Case No.:  <u>CV 07-04699 SI</u>
Date Complaint/Indictment/Petition Filed: <u>9/12/07</u>
Date Appealed order/judgment *entered* <u>12/19/07, 6/26/08,7/16/08</u>
Date NOA *filed* <u>(amendment filed 7/25/08)</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)       ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed:
Date FP granted: <u>12/19/07</u>                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: <u>07-4699 SI</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                           Appellee Counsel:




☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                              9th Circuit Docket Number:



Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>
                                                    (415) 522-2068