IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | No. C 07-04699 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S RECENT MOTIONS [Dockets Nos. 29, 31, 34]** |
| v. | |
| KENNETH MARK BURR, *et al.*, | |
| Defendants. | |

Now before the Court are plaintiff's motions (1) for leave to file a motion for reconsideration of the Court's December 19, 2007 Order dismissing plaintiff's complaint without leave to amend [Docket No. 31]; (2) to consolidate this case with *Ha v. McGuiness* [Docket No. 34]; and (3) to disqualify the undersigned judge [Docket No. 29].

Plaintiff's motion for leave to file a motion for reconsideration is DENIED for the reasons set forth in the Court's January 29, 2008 Order stating that no further motions for reconsideration would be considered. [Docket No. 13] Plaintiff's motion to consolidate this case with *Ha v. McGuiness*, Case No. 07-3777 is DENIED AS MOOT because *Ha v. McGuiness* was dismissed with prejudice on February 26, 2008. [Case No. 07-3777, Docket No. 12] Plaintiff's motion to disqualify the undersigned judge is DENIED as frivolous because this case is closed and, as explained in this Court's prior order, this Court was largely divested of jurisdiction over this case when plaintiff appealed the dismissal of his complaint to the Ninth Circuit. *See* June 26, 2008 Order. [Docket No. 21]

**IT IS SO ORDERED.**

Dated: January 16, 2009

SUSAN ILLSTON
United States District Judge